Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu
Email: matthewjsanders@stanford.edu

*Attorneys for Plaintiff Unite the Parks*

René P. Voss (CA Bar No. 255758)
NATURAL RESOURCES LAW
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027
Email:  renepvoss@gmail.com

*Attorney for Plaintiffs Sequoia ForestKeeper
and Earth Island Institute*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITE THE PARKS; SEQUOIA FORESTKEEPER; and EARTH ISLAND INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of the Interior,<br><br>Defendants. | Case No. 1:21−CV−00518−DAD−HBK<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO STAY CASE PENDING RESOLUTION OF PLAINTIFFS' APPEAL OF PRELIMINARY INJUNCTION ORDER; [PROPOSED] ORDER** |

**UNOPPOSED MOTION**

On May 28, 2021, this Court issued an order denying Plaintiffs' motion for preliminary injunction, concluding that Plaintiffs are not likely to succeed on the merits of either their Endangered Species Act ("ESA") or National Environmental Policy Act ("NEPA") claims. *See* ECF Doc No. 26. On June 29, 2021, Defendants filed a motion to dismiss Plaintiffs' NEPA claim in this Court and set that motion for hearing on August 17, 2021. *See* ECF Doc. No. 29. On July 23, 2021, Plaintiffs filed an appeal of the Court's order denying the motion for preliminary injunction, pursuant to 28 U.S.C. § 1292(a)(1). *See* ECF Doc. No. 32. Consistent with Ninth Circuit Rule 3-3, the Court of Appeal issued an order on July 28, 2021 directing that Plaintiffs' opening brief on appeal is due no later than August 20, 2021 and Defendants' answering brief is due no later than September 17, 2021. *See* Ninth Circuit ECF Doc. No. 2.

In light of the pending appeal, Plaintiffs believe a stay of all existing deadlines in this case, including those related to Defendants' motion to dismiss, is warranted to promote efficiency for the Court and the litigants. *See, e.g.*, *Assoc. of Irritated Residents v. Fred Schakel Dairy*, 634 F. Supp.2d 1081, 1094 (E.D. Cal. 2008); *Morgan Stanley & Co. v. Couch*, Case No. 15-CV-1219-LJO-JLT, 2015 WL 7271717 (E.D. Cal. Nov. 15, 2015). "The power to stay is 'incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Peck v. County of Orange*, Case No. CV-19-4654-DSF (AFMx), 2021 WL 1186337 (C.D. Cal. Mar. 26, 2021). Defendants have indicated that they do not oppose this motion.

Accordingly, Plaintiffs request that the Court grant Plaintiffs' unopposed motion and enter the Proposed Order set forth below.

Dated: August 3, 2021　　　　　　　　　　Respectfully submitted,

ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

By: */s/Deborah Sivas*
　　　Deborah A. Sivas

Attorneys for UNITE THE PARKS

NATURAL RESOURCES LAW

By: */s/* René P. Voss
    René P. Voss

Attorney for SEQUOIA FORESTKEEPER and
EARTH ISLAND INSTITUTE

# [PROPOSED] ORDER

Good cause appearing therefor, the Court HEREBY ORDERS a stay of all proceeding in this case pending a decision from the Ninth Circuit Court of Appeals regarding Plaintiffs' appeal of the Court's order denying Plaintiffs' motion for preliminary injunction.

Consistent with this order, the Court VACATES the August 17, 2021 hearing date for Defendants' motion to dismiss and all briefing dates associated with that motion and VACATES the mandatory scheduling conference set for October 14, 2021.

The Court FURTHER ORDERS that the parties shall meet and confer and submit a joint scheduling report to the Court within 14 days after a decision by the Court of Appeals in Plaintiffs' pending appeal.

IT IS SO ORDERED.


Dated:_____                    _____
                                        UNITED STATES DISTRICT JUDGE