Deborah A. Sivas (CA Bar No. 135446)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu
Email: matthewjsanders@stanford.edu

*Attorneys for Plaintiff Unite the Parks*

René P. Voss (CA Bar No. 255758)
NATURAL RESOURCES LAW
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027
Email:  renepvoss@gmail.com

*Attorney for Plaintiffs Sequoia ForestKeeper and Earth Island Institute*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITE THE PARKS; SEQUOIA FORESTKEEPER; and EARTH ISLAND INSTITUTE,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of the Interior,<br><br>　　　　　Defendants. | Case No. 1:21−CV−00518−DAD−HBK<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Case No. 1:21−CV−00518−DAD−HBK

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR COUNSEL:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Unite the Parks, Sequoia ForestKeeper, and Earth Island Institute hereby dismiss all causes of action in the Complaint filed in this case against Defendant U.S. Forest Service and U.S. Fish and Wildlife Service without prejudice.

Date: June 13, 2022                                   Respectfully submitted,

ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

By: /s/ Deborah A. Sivas
       Deborah A. Sivas

*Attorneys for Plaintiffs UNITE THE PARKS*

NATURAL RESOURCES LAW

By: /s/ René P. Voss
       René P. Voss

*Attorney for Plaintiffs SEQUOIA FORESTKEEPER and EARTH ISLAND INSTITUTE*

CERTIFICATE OF SERVICE

I hereby certify that this 13th day of June, 2022, I caused the foregoing to be filed using the Court's electronic case filing system, which will cause all counsel of record to be served.

/s/ Deborah A. Sivas
Deborah A. Sivas